

RECEIVED
MAR 10 2022
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Charles Alex

Charles Alex, Lawson
#48710, 591304B

Cumberland County Jail
54 West Broad St.
Bridgeton, N.J. 08302

This is my info, I couldn't put my name on the outside of the envelope, out of fear it would not reach the courts. Warden has not given my Affidavit of poverty back! please,

Send me the order for $5.00 filing fee @ to file my Writ of Habeas Corpus. Thankyou

*[signature]*

# LEGEND

1. United States District Court and prison official Authorization · Informus PAUlper AND MEMORANDUM Attached to complaint

2. Contempt of Court charges (FAce sheet)

3. HONEST CLAIM

4. Supplemental Claims to be added to civil Docket 1:21-CV-0039 NLH AMD
   1:21-CV-03125 NLH
   1:20-CV-15705 RBK JS

5. PHOTOS OF Cumberland County Jail Dormatery Setting

6. Letter to Assignment Judge Telsey and response letter From Assignment Judge Benjamin Telsey in regards to Received not Filed and conflict of interest due to civil complaint Filed against my current Trial Judge Honorable CRisten D'arrigo

7. "Received NOT FILED" indictment instrument

8. Letter From Attorney John P Morris addressing the SHAM INDICTMENT

9. Letter/Application by attorney John P Morris seeking pre-trial release

10. Letter From Steps to Freedom Drug treatment program inside the Jail

11. Appellate Division Response to My personal Appeal to the Courts.

12. My Request for Appeal to Appellate Division

13. Letter to the Senator Michael L. Testa Jr. About the conditions of confinement in CCDOC.

14. Letter From Attorney John P Morris in December 2020 stating he did a Motion To Suppress.

15. NJ E Courts Scheduling Notification in regards To Suppression

16. Supreme Court of New Jersey Disciplinary Actions Against My Attorney John P. Morris

17. Letter to the District Court In October 2020 Conveying the Conflict of interest between Trial Judge and Myself

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C § 2241

# UNITED STATES DISTRICT COURT
for the

RECEIVED
MAR 1 0 2022
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Charles A. Lawson #48710
*Petitioner*

v.

Case No. _____
*(Supplied by Clerk of Court)*

Warden Eugene Caldwell
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Charles A. Lawson
   (b) Other names you have used: N/A

2. Place of confinement:
   (a) Name of institution: Cumberland County Department of Correction
   (b) Address: 54 WEST Broad Street, Bridgeton, NJ. 08302
   (c) Your identification number: # 48710

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4. Are you currently:

   ☒ A pretrial detainee (waiting for trial on criminal charges)

   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: N/A
   (b) Docket number of criminal case:
   (c) Date of sentencing:

   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☑ Pretrial detention
   - ☐ Immigration detention
   - ☐ Detainer
   - ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☐ Disciplinary proceedings
   - ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __Cumberland County Courthouse 60 West Broad Street.__
   (b) Docket number, case number, or opinion number: __19-000952-I/A__
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: __(Bail Reform) - (CJRA) Decision to Detain without monetary bail, release to Rescue Mission Treatment facility, Disposition of Contempt of court__
   (d) Date of the decision or action: __December 27, 2021__

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes   ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: __New Jersey Appellate Division 25 Market St. Trenton, NJ. 08625__
   (2) Date of filing: __December 29, 2022 January 24, 2022__
   (3) Docket number, case number, or opinion number: __19-10-000952-I__
   (4) Result: __correspondance letter__
   (5) Date of result: __February 07, 2022__
   (6) Issues raised: __The purported indictment was "Received NOT FILED", Affidavit of Affiant Parker Custis Accepting and admitting culpability, Change of Custody to The Trenton Rescue Mission__

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

The presentment of the Indictment violating Attorney General Guideline Directive 2019-6 along with conditions of my confinement

(b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☒ Yes    ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Division of Criminal Justice Department of Law and Safety
(2) Date of filing: 1/22
(3) Docket number, case number, or opinion number: N/A
(4) Result: Citizen Inquiry letter Attached
(5) Date of result: 2/16/2022
(6) Issues raised: The prosecuting Agency failure to present exculpatory evidence. The Sham Indictment "Received Not Filed" by Criminal Division Management. Absent of a True Bill No proceedings, actions or prosecution can proceed. Not Filed is to be not suitable, not recorded, not official

(b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes    ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Senator Michael L. Testa Jr
(2) Date of filing: December 18, 2021
(3) Docket number, case number, or opinion number: N/A
(4) Result: No response
(5) Date of result: No response
(6) Issues raised: The poor conditions of confinement in the Cumberland County Jail, Executive Order to release qualified inmates such as myself

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C § 2241

_According to Governor Phil Murphy's Executive Order 2/11/2020_

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes   ☑ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes   ☑ No
        If "Yes," provide:
        (1) Name of court:
        (2) Case number:
        (3) Date of filing:
        (4) Result: _N/A_
        (5) Date of result:
        (6) Issues raised:

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
        ☐ Yes   ☐ No
        If "Yes," provide:
        (1) Name of court:
        (2) Case number:
        (3) Date of filing: _N/A_
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Pre-Trial Detaine

N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☑ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: N/A
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☑ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U S C § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes    ☑ ~~No~~

If "Yes," provide:

(a) Kind of petition, motion, or application: Grievance to the Assignment Judge
(b) Name of the authority, agency, or court: Assignment Judge Benyamin Telsey

(c) Date of filing: N/A
(d) Docket number, case number, or opinion number: State v. Charles Lawson
(e) Result: Letter from Hon. Judge Benyamin Telsey
(f) Date of result: November 25, 2020
(g) Issues raised: (1) The Received Not Filed indictment (2) Conflict interest between myself and the trial Judge whom I filed Civil complain on in 2018 Hon Cristen Diarrigo Civil complaint no. 18-11175 RBK X and his refusal To recuse himself in spite of the obvious impropriety or Appearance and Conflict of interest. 11175 (RBK)(JS)

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. See Attach Honest Claim: and memorandum

**GROUND ONE:** ~~Constitutional violations~~ Sixth Amendment infringement! My right to Counsel is impaired due to the lack of communication caused by the pandemic and Cumberland County Dept. of Correction (the State) Telephone access is not available by the Social Worker Dept. and inmates at the jail are potentially moved to Hudson County which can and will make it significantly more difficult to communicate with Attorney

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U S C § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The D.O.C. is considered the state and the 6th Amendment Right applies in both federal and state court, facing state proceedings I am afforded protection by the Constitution. I've been incarcerated for 20 months balancing test by the courts leans to show Presumptive prejudice in Delay of trial

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND TWO:** 14th Amendment Violation of Due Process is violated not from an 8th Amendment viewpoint but the 14th since I am not sentenced. I cannot be subject to punishment for my alledge offenses. Poor medical Treatment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: See claim against C.F.G.

Due Process Rights of a pretrial detainee are atleast great as the 8th Amendment protection available to convicted prisoners. Plaintiff as a pretrial Detainee are being deprived of Due Process and Equal Protection under the law due to Dept. of Corrections (Cumberland) deliberate indifference with reckless disregard for life. Place of confinement is deplorable, see proper claim attach and pics to cov.d-19 and the jail Condition

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:** Fifth Amendment violation - Plaintiff was denied change of custody to Drug treatment Center and is not a danger to the community. I have a right to bail. I presented exculpatory evidence not known

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: at the time of detention. I have no history of violence or Superior Court Contempts or victim in my case I have a Contempt of Court and have served over 18 months day for day to satisfy the maximum required disposition on a contempt of Court. See rate sheet enclosed.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

Page 8 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** District Court have Jurisdiction when there are extraordinary circumstances

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The conditions in The Cumberland County Jail is Deporable, CFG. is inadequate in providing proper health care, The facility is not safe in terms of custody breaches. No law library, No Recreation are a violation of Civil Rights being denied access to the courts by being uninformed to make decisions, understand, or participate in your process and No Recreation.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Infliction of emotional distress, a mental Anguish caused by the conditions of confinement. Do not have the mental health records to support it, although I know I suffer from it.

**Request for Relief**

15. State exactly what you want the court to do: Release from pretrial Detention immediately. A monetary bail if the only recourse or a Change of custody to a Drug program upon completion placed back on pretrial Service.

Dismissal of All pending criminal matters in exchange for 7 million dollar U.S. currency to be dismissed demanded from plaintiffs civil Action Relief in Lawson, Wilcox v. Cumberland County Board of Freeholders case number 1:21-cv-00039 RBK SAK and or any monetary proceeded that may have been rewarded to me under this litigation.

Page 9 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2/25/2022

*Signature of Petitioner*

N/A IN propia parsona
*Signature of Attorney of other authorized person, if any*