```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
CHARLES A. LAWSON,            :
                              :
          Petitioner,         :   Civ. No. 22-1324 (NLH)
     v.                       :
                              :   ORDER
                              :
WARDEN EUGENE CALDWELL,       :
                              :
          Respondent.         :
_____:
```

WHEREAS, Petitioner filed this Petition for a Writ of Habeas Corpus on March 10, 2022 (ECF 1); and

WHEREAS, this Court screened the Petition for dismissal and determined that dismissal without an answer and production of the record was not warranted and Ordered that an Answer be filed (ECF 3); and

WHEREAS, Respondent having filed his Answer and Defenses to Petition for Writ of Habeas Corpus on April 14, 2022 (ECF 7); and

WHEREAS, Petitioner nonetheless having filed a Motion for Default Judgment (ECF 22) apparently under the mistaken belief that Respondent had not filed an Answer to the Petition; and

WHEREAS, Respondent has opposed the Motion for Default Judgment noting the filing of its Answer (ECF 23);

WHEREAS, absent further Order of the Court, this matter will be adjudicated on the present record in due course;

2

Therefore, IT IS on this  8th   day of  December , 2023,

ORDERED that Petitioner's Motion for Default Judgment (ECF 22) be, and same hereby is, DENIED; and it is further

ORDERED that the Clerk shall send a copy of this Order and Defendant's Answer (ECF 7) to Petitioner by regular mail.

At Camden, New Jersey

 s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.